Shaun Setareh (SBN 204514)
 shaun@setarehlaw.com
Jose Maria D. Patino, Jr (SBN 270194)
 jose@setarehlaw.com
Tyson Gibb (SBN 339154)
 tyson@setarehlaw.com
SETAREH LAW GROUP
420 N. Camden Dr.
Beverly Hills, California 90210
Telephone (310) 888-7771
Facsimile (310) 888-0109

Attorneys for Plaintiff
MARIA LUNA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA LUNA, on behalf of herself and all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>CLAIRE'S BOUTIQUES, INC., a Michigan Corporation; and DOES 1 through 50, inclusive,<br><br>*Defendants*. | Case No. 5:23-cv-01740-JGB-SP<br><br>**NOTICE OF SETTLEMENT**<br><br>Complaint Filed: March 27th, 2023 |

TO THE HONORABLE COURT, ALL PARTIES HEREIN, AND THEIR ATTORNEYS OF RECORD:

Plaintiff MARIA LUNA ("Plaintiff") hereby submits notice that the Parties have reached a settlement in principle on a class-wide basis, subject to Court approval. The Parties are in the process of finalizing the long form settlement Agreement intended to globally resolve this matter as well as two other related matters: *Topete v. Claire's Boutiques, Inc.*, No. 22CV407922 (Santa Clara County Superior Court) ("*Topete* Action") and *Cuevas v. Claire's Boutiques, Inc.*, No. 5:22-cv-01953-JGBSP (C.D. Cal.) ("*Cuevas* Action"). The Parties anticipate needing time to finalize and execute the agreement.

As a condition of settlement, the Parties will stipulate to the filing of a First Amended Complaint ("FAC") in the first filed *Topete* Action to consolidate all Parties and claims for purposes of settlement approval. Plaintiff anticipates filing a Motion for Preliminary Approval promptly after the settlement agreement is finalized and executed through the Court in the first filed *Topete* Action.

Dated: December 23, 2024                    SETAREH LAW GROUP


                                          */s/Jose Maria D. Patino, Jr.*
SHAUN SETAREH
JOSE MARIA D. PATINO JR.
TYSON GIBB
Attorneys for Plaintiff
MARIA LUNA